IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-232-D

| | |
|---|---|
| LEILEL ZHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| PRESTON K. SUTTON. III, ) | |
| ) | |
| Defendant. ) | |

On October 6, 2020, this court granted defendant's motion to dismiss, dismissed plaintiff's action for lack of jurisdiction, and directed the clerk to close the case. See [D.E. 16, 17]. On January 8, 2021, plaintiff filed a document entitled "motion to move the case to the proper state court" [D.E. 18].

If plaintiff wishes to file a case in state court, she may do so. The motion [D.E. 18] is baseless and is DENIED. The case remains closed.

SO ORDERED. This 8 day of July 2021.

JAMES C. DEVER III
United States District Judge